**IT IS ORDERED as set forth below:**



Date: September 8, 2023

_____
**Wendy L. Hagenau**
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| ALIOUNE IBRAHIM FALL, | ) | NO. 22-52345-WLH |
| | ) | |
| Debtor. | ) | |
| | ) | |
| LAKEVIEW LOAN SERVICING LLC, | ) | CONTESTED MATTER PROCEEDING |
| | ) | |
| Movant. | ) | |
| | ) | CHAPTER 13 |
| vs. | ) | |
| | ) | |
| ALIOUNE IBRAHIM FALL, | ) | Judge: WENDY L. HAGENAU |
| NANCY J. WHALEY, Trustee, | ) | |
| | ) | |
| Respondents. | | |

ORDER GRANTING MOTION TO LIFT STAY (DOC. NO. 48)

By Order entered April 27, 2023 (Doc. No. 45), the Debtor was ordered to make certain payments to Movant. The Order further provided that if the Debtor failed to make such payments in a timely fashion, then after ten (10) days' notice, Movant could submit a motion and Affidavit detailing the default to the Court and request the Court enter an Order lifting the automatic stay after twenty (20) days. Movant

having filed a *Motion for Order Lifting Stay* August 18, 2023 (Doc No 48) with supporting Affidavit in which the Affiant states that the Debtor failed to make payments provided for in the Order and twenty (20) days having elapsed with no motion to covert case, motion to sell, or response disputing the factual allegations of the Motion or response alleging extraordinary circumstances comparable to those contemplated by Fed R. Civ. P. 60(b); It is

HEREBY ORDERED AND ADJUDGED that the 11 U.S.C. Section 362(a) automatic stay is lifted as to Movant, its successors and assigns, regarding the real property and premises commonly known as 7325 Wright Drive, Atlanta, Georgia 30349, (the "Collateral"); It is

FURTHER ORDERED that Movant, its successors and assigns, is allowed to proceed to assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, and to assert any and all of its respective rights and remedies under applicable law, as to its Collateral; It is

FURTHER ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any; It is

FURTHER ORDERED that upon the completion of any foreclosure sale, any funds in excess of the amount due to the Movant under its Note and Security Deed, and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the estate; It is

FURTHER ORDERED that The Trustee shall reduce movant's claim relating to this Collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

[END OF DOCUMENT]

ORDER PRESENTED BY:

 /s/Elizabeth  Parrott
Elizabeth  Parrott
Georgia BAR NO. 750965
McCalla Raymer Leibert Pierce, LLC
Attorney for Creditor
1544 Old Alabama Road
Roswell, GA 30076
678-277-4911

DISTRIBUTION LIST

Elizabeth Parrott
Bankruptcy Department
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102

Alioune Ibrahim Fall
7325 Wright Drive
Atlanta, GA 30349

Stanley J. Kakol, Jr.
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road
Suite C
Lithonia, GA 30038

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303